# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| MCARTHUR LYNCH, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:19-cv-00950-ACA-SGC |
| ) | |
| ANTWAN D. KENDRICK, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

The magistrate judge entered a report on November 2, 2020, recommending that the court dismiss this action without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b). (Doc. 11). Although the magistrate judge advised the plaintiff of his right to file specific written objections within fourteen days, the court has not received objections within the prescribed time.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. Therefore, in accordance with 28 U.S.C. § 1915A(b), the court **WILL DISMISS** this action **WITHOUT PREJUDICE** for failing to state a claim upon which relief can be granted.

The court will enter a separate final order in accordance with this opinion.

**DONE** and **ORDERED** this December 17, 2020.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE